IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

ROBERT KENNETH STEWART,           )
                                  )
            Plaintiff,            )
                                  )
       v.                         )         1:15CV802
                                  )
NEIL GODFREY, et al.,             )
                                  )
            Defendants.           )

**ORDER**

On January 5, 2016, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (ECF Nos. 5, 6.) Plaintiff Robert K. Stewart filed Objections (ECF No. 7) within the time limit prescribed by Section 636. The Court has reviewed Plaintiff's objections *de novo* and finds that they do not change the substance of the United States Magistrate Judge's Recommendation (ECF No. 5), which is hereby affirmed and adopted.

IT IS THEREFORE ORDERED that Plaintiff's Motion for Leave to Amend (ECF No. 4) is DENIED, and that this action is DISMISSED pursuant to 28 U.S.C. § 1915A for being frivolous or malicious or for failing to state a claim upon which relief may be granted.

This, the 1st day of February, 2016.

                              /s/ Loretta C. Biggs
                              United States District Judge